IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THERESA GURLEY
*on behalf of herself and all others similarly situated,*

v.

THOMAS PROTECTIVE SERVICE, INC.,

Defendant.

Civil Action No.
1:22-cv-2010-SDG

## ORDER

The Court has been informed that the parties have reached a settlement and will present dismissal documents once the paperwork has been finalized. Therefore, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. This closure is not a dismissal and does not preclude the filing of documents. The case may be re-opened if necessary. The parties are **ORDERED** to file documents to dispose of the case within **60 days** of the date of this Order. Absent an extension of that deadline or further order of the Court, if no request to reopen the case is made within 60 days, the case will be considered **DISMISSED WITH PREJUDICE** at that time.

Signed this 20th day of June, 2023.

_____
Steven D. Grimberg
United States District Court Judge