**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Theresa Gurley, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 1:22-cv -02010-SDG |
| | § | |
| | § | |
| Thomas Protective Service, Inc., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

This matter came before the Court on the Parties' Renewed Joint Motion to Approve Settlement and proposed Settlement Agreement [ECF 27], which seeks to compromise a claim under the Fair Labor Standards Act. After reviewing the record and the Parties' joint submission which provides for payment of Plaintiff's alleged damages and attorney's fees and costs, the Court is of the opinion that the Motion should be **GRANTED.**

Having reviewed the Settlement Agreement, the Court finds that the settlement is fair, adequate, and reasonable. *Lynn's Food Stores v. United States*, 678 F.2d 1350, 1353-54 (11th Cir. 1982). Under *Lynn's Food Stores*, a district court may approve an FLSA settlement after determining its terms are fair and reasonable. The Court finds that the Settlement Agreement was

negotiated at arm's length by represented Parties and is not the result of collusion. The Court also finds that the attorney's fees and expenses provided for in the Settlement Agreement are reasonable.

Therefore, the Renewed Joint Motion [ECF 27] is **GRANTED**, the settlement is **APPROVED**, and the terms of the Settlement Agreement are incorporated into this Order. The Court will retain jurisdiction for the purposes of enforcing the Settlement Agreement. In light of the settlement, the Court **DISMISSES** all claims with prejudice.

IT IS SO ORDERED, this 11th day of September, 2023.

_____
STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE